This CONTINUATION Page With the Forms And Endorsements Listed Below CONTINUES Your HOMEOWNERS POLICY.


THE HARTFORD

INSURER: SENTINEL INSURANCE COMPANY, LTD
ONE HARTFORD PLAZA, HARTFORD, CONNECTICUT 06155

DECLARATIONS
DIMENSIONS                    POLICY NO. 38 RBA747413

Named Insured and           SMITH, JOE & JAMIE
RESIDENCE PREMISES          5707 E 114TH PL
                            TULSA                   OK 74137

Policy Period 12:01 A.M. Standard Time
at the Residence Premises ⟶   FROM 11-15-08  TO 11-15-09   TERM: 1 YEAR

Producer Name: JOE WEST COMPANY                 CODE: 380656

TOTAL POLICY PREMIUM:  $ 3,954.00

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

COVERAGES                                          LIMIT OF LIABILITY

SECTION I

A. DWELLING                                        $ 640,000
B. OTHER STRUCTURES                                $  64,000
C. PERSONAL PROPERTY                               $ 480,000
D. LOSS OF USE                                     $ 192,000

SECTION II

E. PERSONAL LIABILITY: EACH OCCURRENCE             $ 800,000*
F. MEDICAL PAYMENTS TO OTHERS: EACH PERSON         $   5,000

DEDUCTIBLE - SECTION I: WE COVER ONLY THAT PART OF A LOSS OVER $ 1000

RATING INFORMATION: 1 FAMILY MASONRY DWELLING BUILT IN 1993
   STATE 35 TERR. 33 PROTECTION CLASS 3
   FIRE PROTECTION PROVIDER TULSA
   WITHIN 500 FEET OF A FIRE HYDRANT AND WITHIN 1 MILE OF A FIRE STATION
   INSIDE CITY LIMITS PREMIUM GROUP 1.10

EXHIBIT A

                JOE WEST COMPANY
COUNTERSIGNED BY ------------------------------------ AUTHORIZED AGENT

----CONTINUED ON PAGE 2-

FORM H-525 (9/03) A                                            4620

```
        DECLARATIONS (CONTINUED)                POLICY NO. 38 RBA747413
            NAMED INSURED:  SMITH,JOE & JAMIE


    FORMS AND ENDORSEMENTS NOW MADE PART OF THIS POLICY:
    (ENTRIES ON ENDORSEMENTS MAY BE LEFT BLANK IF SHOWN ELSEWHERE IN THE POLICY)
     HO 00 05    10 00   COMPREHENSIVE FORM               BASIC PREMIUM $ 4,847.00
     HW 01 22    01 08   SPECIAL PROVISIONS OK RC ROOF CVG    PREMIUM       NIL
     HO 03 45    12 02   OKLAHOMA NOTICE                      PREMIUM       NIL
     HW 01 04    06 03   HOMEOWNERS POLICY POLLUTION EXCLUSION PREMIUM      NIL
     HW 01 03    06 03   AMENDATORY ENDORSEMENT               PREMIUM       NIL
     HO 04 96    10 00   NO SECT II COV-HOME DAY CARE BUSINESS PREMIUM      NIL
     HW 05 59    07 07   WATER BACKUP AND SUMP PUMP OVERFLOW  PREMIUM $   50.00
     HW 04 08    06 03   SENTINEL PLATINUM COVERAGE           PREMIUM    INCLUDED
                         THE PERS LIAB LMT INCLUDES AN INCR OF $300,000 *
                         THE MED  PAY  LMT INCLUDES AN INCR OF $  4,000 *
                            HO 04 90 PERSONAL PROPERTY REPLACEMENT COST
                            HW 04 11 ADDITIONAL LMTS LIABILITY-COV A,B,C,D CAP1.25
                            HO 04 53 CREDIT CARD INCR LIMITS INCR $9500 TOTAL $10,000
                            HW 04 15 REFRIGERATED PRODUCTS         AMT $ 5,000
                            HO 24 82 PERSONAL INJURY
                            HO 04 55 IDENTITY FRAUD EXPENSE COVERAGE  AMT $15,000
                            HO 04 43 R/C LOSS STLMNT NON-BLDG STRUCTURES
     HO 04 16    10 00   PREMISES ALARM OR FIRE PROT. SYSTEM   CREDIT $   953.00
                         20 PERCENT CREDIT
     HO 04 27    04 02   LIMITED FUNGI, ROT OR BACTERIA COV    PREMIUM       NIL
                            $5,000 PROPERTY DAMAGE    $50,000 LIABILITY
    COVERAGE E OR F INCREASE                                   PREMIUM $   10.00
                                         TOTAL PREMIUM                 $ 3,954.00
                         TWO PAY SINGLE BILL         -------------------------

                          - PLEASE NOTE -
    MATURE HOMEOWNERS SAVINGS APPLIES
            FORM HO 04 95    10 00 HAS BEEN DELETED FROM THE POLICY
            FORM HW 05 59    07 07 HAS BEEN ADDED TO THE POLICY
            SECTION I COVERAGES HAVE BEEN CHANGED
            FORM HW 01 22    01-08 REPLACES CURRENT VERSION

                    THE FOLLOWING ITEMS ARE ENCLOSED FOR YOUR REVIEW.
    CAF-1363-0         IMPORTANT RENEWAL INFORMATION
    PLA-67-8           NOTICE REGARDING USE OF CONSUMER REPORTS
    PLA-203-0          PRODUCER COMPENSATION NOTICE




FORM H-525 .(Ed. 9/03) A              08-03-08 10-03-08 10-03-08    4621
```