UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOE T. SMITH AND (2) JAMIE SMITH )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>(1) SENTINEL INSURANCE COMPANY, )<br>LTD., a Connecticut corporation; )<br>and )<br>(2) THE HARTFORD FINANCIAL SVCS. )<br>GROUP, INC. a Delaware corporation, )<br>)<br>Defendants. ) | Case No. |

**DECLARATION OF RICARDO ANZALDUA IN SUPPORT OF DEFENDANT HARTFORD FINANCIAL SERVICES GROUP, INC.'S MOTION TO DISMISS**

STATE OF OKLAHOMA )
                                            ) ss:
COUNTY OF TULSA       )

Ricardo Anzaldua declares under oath as follows:

1. I am the Corporate Secretary of The Hartford Financial Services Group, Inc. My job responsibilities include maintenance of corporate records. I have personal knowledge of the facts described in this Declaration based on my review of records maintained by The Hartford Financial Services Group, Inc. I am competent to testify.

2. The Hartford Financial Services Group, Inc. is not an insurance company and it is not authorized to sell insurance in the State of Oklahoma. The Hartford Financial Services Group, Inc. did not issue a policy of insurance to the Plaintiffs and it did not adjust the Plaintiffs' insurance claim. Hartford Financial Services Group, Inc. is the parent company of Sentinel Insurance Company, Ltd.



EXHIBIT B

3. Sentinel Insurance Company, Ltd. issued insurance policy no. 38RBA747413 to the Plaintiffs. Sentinel Insurance Company, Ltd. is solvent and in good standing with the Oklahoma Insurance Department. Sentinel Insurance Company, Ltd. conducted the adjustment of Plaintiffs' insurance claim.

I swear under penalty of perjury under the laws of the state of Oklahoma that the foregoing is true and correct to the best of my knowledge.

Signed this 17th day of May, 2010 at Hartford, Connecticut.

_____
Ricardo A. Anzaldua

STATE OF CONNECTICUT )
                     ) ss.
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this 17th day of May, 2010.

My Commission Expires:

July 31, 2011

Notary Public
Commission #:

NICOLE SCHREIER
Notary Public, State of Connecticut
My Commission Expires July 31, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

Bradley A. Gungoll, OBA #3660
Chase Tower 3030
100 North Broadway Ave.
Oklahoma City, OK 73102-8273

I hereby certify that on the _____ day of _____, 2010, I served the same document by U.S. Postal Service on the following who is not a registered participant of the ECF System:

Wade D. Gungoll, OBA #21690
Chase Tower 3030
100 North Broadway Ave.
Oklahoma City, OK 73102-8273

/s David E. O'Meilia
David E. O'Meilia