# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

(1) JOE T. SMITH and (2) JAMIE SMITH,
        Plaintiffs,

vs.                              Case Number:    10-CV-00269-GKF-PJC

(1) SENTINEL INSURANCE COMPANY, LTD

and

(2) THE HARTFORD FINANCIAL SVCS.
GROUP, INC.
        Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ SENTINEL INSURANCE COMPANY, LTD _____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☒ NO

2. **Does party have any parent corporations?**

    (Check one)   ☒ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    Hartford Financial Services Group, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☒ YES   ☐ NO

    If YES, identify all such owners:

    Hartford Financial Services Group, Inc.

EXHIBIT C

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 28th day of April, 20 10.

| | |
|---|---|
| s/ David E. O'Meilia | |
| Signature | |
| David E. O'Meilia | 6779 |
| Printed Name | Bar Number |
| RICHARDS &CONNOR | |
| Firm Name | |
| 525 S. Main St., 12th Floor | |
| Address | |
| Tulsa | OK   74103 |
| City | State   ZIP |
| 918-5852394 | 918-585-1449 |
| Phone | Fax |
| domeilia@richardsconnor.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on _____April 28th, 2010_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

   Bradley A. Gungoll, Esq.

I hereby certify that on ___April 28th, 2010___ (Date), I served the same document by

☒ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):   Wade D. Gungoll, Esq.
Case Tower 3030
100 North Broadway Ave.
Oklahoma City, OK 73102-8273

s/David E. O'Meilia
Signature