# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JOE T. SMITH, and <br> (2) JAMIE SMITH, <br>         Plaintiffs, <br><br> vs. <br><br> (1) SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; and <br> (2) THE HARTFORD FINANCIAL SVCS. GROUP, INC. a Delaware corporation, <br><br>         Defendants. | Case No. 10-CV-269-GKF-PJC |

## THE HARTFORD FINANCIAL SVCS. GROUP INC.'S MOTION FOR LEAVE TO CORRECT ITS EXHIBITS "4" AND "9" TO ITS RESPONSE TO PLAINTIFFS' COUNTER-MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. # 105)

Defendant The Hartford Financial Services Group, Inc. ("HFSG") moves the Court for leave to correct its Exhibits "4" and "9" to HFSG's Response to Plaintiffs' Counter-Motion for Partial Summary Judgment (Dkt. # 105) ("HFSG's response") on the grounds that three pages [pp. 149, 150 and 155] of Plaintiff Jamie Smith's deposition transcript excerpts attached thereto Exhibit "4," which are cited to in HFSG's response at pp. 3-4, and two pages [pp. 188 and 199] of Plaintiff Joe T. Smith's deposition transcript excerpts, attached thereto Exhibit "9," which are cited to in HFSG's response at pp. 3, were, by clerical error, inadvertently omitted from the subject exhibits.

Further, undersigned counsel has conferred with counsel for Plaintiffs and Plaintiffs do not object to or oppose HFSG's motion.

Wherefore, HGSG respectfully moves the Court for leave to correct its Exhibits "4" and "9" by adding the above-referenced five pages of transcript of the depositions of Plaintiffs inadvertently omitted by clerical error.

Respectfully submitted,

*/s/David E. O'Meilia*_____
David E. O'Meilia, OBA #6779
John P. Bennett, OBA #21888
RICHARDS & CONNOR
12th Floor ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  918/585.2394
Facsimile:  918/585.1449

**ATTORNEYS FOR DEFENDANTS THE HARTFORD FINANCIAL SERVICES GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Bradley A. Gungoll
Chase Tower 3030
100 North Broadway Ave.
Oklahoma City, OK  73102-8273

Wade D. Gungoll
Chase Tower 3030
100 North Broadway Ave.
Oklahoma City, OK  73102-8273

**ATTORNEYS FOR PLAINTIFFS JOE T. AND JAMIE SMITH**

*/s/David E. O'Meilia*_____
David E. O'Meilia